

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-10-00067-CV

_____


IN THE INTEREST OF K.K.M., A CHILD



On Appeal from the 307th Judicial District Court
Gregg County, Texas
Trial Court No. 2009-297-DR



Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Moseley

MEMORANDUM OPINION

David McAdoo, appellant, filed his amended notice of appeal July 16, 2010.

McAdoo has not filed a docketing statement with this Court, *see* TEX. R. APP. P. 32, nor has he paid a filing fee or made any claim of indigency. *See* TEX. R. APP. P. app. A (B)(1); 20.1. There is no information to indicate McAdoo has made efforts to have either the clerk's record or reporter's record filed with this Court. On August 23, 2010, we contacted McAdoo by letter, giving him an opportunity to cure the various defects, and warning him that if we did not receive an adequate response within ten days, this appeal would be subject to dismissal for want of prosecution. *See* TEX. R. APP. P. 42.3(b), (c).

We have received no communication from McAdoo. Pursuant to TEX. R. APP. P. 42.3(b), we dismiss this appeal for want of prosecution.


Bailey C. Moseley
Justice

Date Submitted:     September 20, 2010
Date Decided:      September 21, 2010

2